IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 12-230-3 |
| | : | CIVIL ACTION NO. 20-1747 |
| HIGINIO CASTILLO | : | |

## ORDER

**AND NOW**, this 19th day of November, 2021, after considering the motion to vacate and correct sentence under 28 U.S.C. § 2255 filed by the *pro se* movant, Higinio Castillo ("Castillo") (Doc. No. 496), the government's response in opposition to the motion (Doc. No. 500), and Castillo's reply to the government's response (Doc. No. 502); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. Castillo's motion to vacate and correct sentence under 28 U.S.C. § 2255 (Doc. No. 496) is **DENIED**;

2. The court **DECLINES** to issue a certificate of appealability;

3. The clerk of court shall **REMOVE** the companion civil action, Civil Action No. 20-1747, from civil suspense, and **RETURN** it to the undersigned's active docket; and

4. The clerk of court shall **CLOSE** Civil Action No. 20-1747.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.