# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | **No. 12-cr-230-3** |
| v. | : | |
| | : | |
| **HIGINIO CASTILLO** | : | |
| | : | |

## ORDER

**AND NOW**, this **5th** day of **February 2024**, upon consideration of Defendant Higinio Castillo's Motion for Reduction in Sentence under 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 515), and the Government's Response in Opposition (ECF No. 517), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's motion is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**